Opinion
issued January 26, 2012.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-11-00269-CV

 



 

JAMES P. CHARNQUIST, LEGENDS AT VANCE
JACKSON APARTMENTS, L.P., LEGENDS AT VANCE JACKSON, G.P. LLC, Appellants

 

V.

 

JAMES M. CLIFTON, Appellee

 



 

On Appeal from the 55th
District Court

Harris County, Texas

Trial Court Cause No. 2010-77701

 



 

MEMORANDUM
OPINION








Appellants, James P. Charnquist, Legends at Vance Jackson
Apartments, L.P., Legends at Vance Jackson, G.P. LLC, have
failed to timely file a brief.  See
Tex. R. App. P. 38.8(a) (failure
of appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellants did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Jennings, Massengale, and Huddle.